UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIANN BONOAN, <br> Plaintiff, <br> v. <br> ADOBE, INC., <br> Defendant. | Case No. 19-cv-01068-RS (SK) <br><br> **ORDER REGARDING DISCOVERY LETTER BRIEF FILED ON NOVEMBER 22, 2019** <br><br> Regarding Docket No. 65 |

Now before the Court is the discovery dispute addressed by the parties in their joint letter brief filed on November 22, 2019. Plaintiff seeks answers to Interrogatory No. 10. Defendant seeks protection from responding and also seeks protection for responses to Interrogatories Nos. 11, 13, and 14.

The Court ORDERS that Defendant must provide responses to Interrogatories Nos. 10, 11, 13 and 14. Interrogatory No. 10 does not ask for information based on a legal description. Instead, Interrogatory No. 10 seeks only information about telephone calls that Defendant made "using the hardware or software Defendant used" to call Plaintiff.

Because Defendant is not required to respond to Interrogatory No. 9, to the extent that Interrogatories Nos. 11, 13 and 14 are dependent on telephone numbers provided in responses to Interrogatory No. 9, Defendant is not required to answer Interrogatories Nos. 11, 13 and 14 with respect to telephone numbers in response to Interrogatory No. 9 but instead should respond only as to the telephone numbers provided in responses to Interrogatories Nos. 10, 11, or 13. The responses are due on December 16, 2019.

The Court is concerned that the parties have different positions on whether Defendant earlier agreed to provide a response to Interrogatory No. 10. The Court notes that, in an earlier discovery letter brief (Dkt. 56), Defendant stated: "Adobe did not object to Interrogatory No. 10 on that basis because it seeks information related only to Adobe's alleged communications to

Plaintiff or to telephone number (281) XXX9685." It is thus understandable that Plaintiff would interpret this statement as an agreement to respond to Interrogatory No. 10. The Court notes that the parties appear to be submitting briefs without meeting and conferring, and the Court encourages the parties to do so rather than to rush to Court with every discovery dispute.

**IT IS SO ORDERED**.

Dated: November 26, 2019



SALLIE KIM
United States Magistrate Judge