**MASON LIETZ & KLINGER LLP**
Gary M. Klinger (*pro hac vice*)
*Gklinger@kozonislaw.com*
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: 202.429.2290

**GREENWALD DAVIDSON RADBIL PLLC**
Aaron D. Radbil (*pro hac vice*)
*Aradbil@gdrlawfirm.com*
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Telephone: 512.803.1578
Facsimile: 561.961.5684

**ALEXANDER KRAKOW & GLICK LLP**
Michael Morrison
*Mmorrison@akgllp.com*
401 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Telephone: 310.394.0888
Facsimile: 310.394.0811

Attorneys for Plaintiff
VIANN BONOAN and the proposed class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VIANN BONOAN, on behalf of herself and others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>ADOBE, INC.,<br><br>                    Defendant. | Case No. 3:19-cv-01068-RS<br><br>MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

Plaintiff Viann Bonoan respectfully moves this Court for an additional seven (7) days to file her unopposed motion for preliminary approval of class action settlement. On June 29, 2020, Plaintiff and Defendant (collectively, the "Parties") filed a joint notice of class action settlement indicating the Parties reached an agreement in principle to settle this matter. *See* Doc. 74. To that end, the Court allowed Plaintiff forty-five (45) days to file her unopposed motion for preliminary approval of the class action settlement. The Parties have been working diligently to finalize the class action settlement agreement and preliminary approval papers but require additional time to submit the unopposed motion for preliminary approval of class action settlement. Plaintiff therefore respectfully requests an additional seven (7) days until August 21, 2020 to file her unopposed motion for preliminary approval of class action settlement.

WHEREFORE, Plaintiff respectfully requests an extension of seven (7) days until August 21, 2020 for Plaintiff to file her unopposed motion for preliminary approval of the class action settlement.

DATED: August 14, 2020

By: /s/ Gary M. Klinger
Gary M. Klinger (*pro hac vice*)
**MASON LIETZ & KLINGER LLP**

Attorneys for Plaintiff
VIANN BONOAN and the proposed class

-1-

Motion for Extension of Time to File Motion for Preliminary Approval of Class Action Settlement
Case No. 3:19-cv-01068-RS

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on August 14, 2020, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

<u>/s/ *Gary M. Klinger*</u>
Gary M. Klinger

-2-

Motion for Extension of Time to File Motion for Preliminary Approval of Class Action Settlement
Case No. 3:19-cv-01068-RS